# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0390.  LISA MORENO DICKINSON v. VAUGHN C. DICKINSON**

This case was docketed by this court on October 3, 2023, and appellant's brief and enumerations of error were due October 23, 2023. As of the date of this order, appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/08/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*